UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. 1:95-cr-0044-01 (B/F) |
| ) | |
| CHARLES THOMAS SHARP, JR., ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Kennard P. Foster's Report and Recommendation that Charles Thomas Sharp, Jr.'s supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of 60 months in the custody of the Attorney General or his designee. Upon Mr. Sharp's release from confinement, he will not be subject to supervised release. It is recommended that Mr. Sharp be designated to the Federal Correctional Complex in Pollock, Louisiana.

Date: 10/19/2011

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

James Warden,
Assistant United States Attorney
10 West Market Street, #2100
Indianapolis, IN 46204

William Marsh,
Office of Indiana Federal Community Defender
111 Monument Circle, #752
Indianapolis, IN 46204

U. S. Parole and Probation

U. S. Marshal Service